# IN THE UNITED STATES DISTRICT COURT
# FOR DISTRICT OF NEW JERSEY

| | |
|---|---|
| ED CHAN AND BRENDAN J. KAVANAUGH, on behalf of themselves and all others similarly situated,<br><br>    PLAINTIFFS,<br>V.<br>PORSCHE CARS NORTH AMERICA, INC.,<br><br>    DEFENDANT. | Civil Action No. 2:15-cv-2106-CCC-JBC [consolidated with Civil Action No. 2:16-cv-6605-CCC-JBC] |
| ROY JONES AND ALYCE RUBINFELD, individually and on behalf of a class of similarly situated individuals,<br><br>    PLAINTIFFS,<br>V.<br>PORSCHE CARS NORTH AMERICA, INC., a Delaware corporation and Does 1-10, inclusive,<br><br>    DEFENDANTS. | |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND FOR CERTIFICATION OF THE SETTLEMENT CLASS**

1

For the reasons set forth in the accompanying Memorandum of law submitted herewith, Plaintiffs respectfully request that this Court enter an Order: (1) certifying a class action with respect to the claims against Defendants pursuant to Fed.R.Civ.P. 23 (a) and 23(b)(3) for the purpose of effectuating a class action settlement of the claims against the Defendant; (2) finally approving the proposed Class Action Settlement; and (3) enter a final order and dismissal in this action.

Dated: July 25, 2017                                Respectfully submitted,


                                       By: /s/ Joseph Santoli
                                       Joseph Santoli
                                       Law Offices of Joseph R. Santoli
                                       josephsantoli@aol.com
                                       340 Devon Court
                                       Ridgewood, New Jersey 07450-1810
                                       Telephone: (201) 926-9200
                                       Facsimile: (201) 444-0981

                                       Capstone Law APC
                                       Jordan L. Lurie
                                       Jordan.lurie@capstonelawyers.com
                                       1875 Century Park East, Suite 1000
                                       Los Angeles, CA 90067
                                       Telephone: (310 )556-4811
                                       Facsimile: (310) 943-0396

                                       The Law Offices Stephen M. Harris, P.C.
                                       Stephen M. Harris
                                       Stephen@smh-legal.com
                                       6320 Canoga Avenue, Suite 1500
                                       Woodland Hills, California 91367
                                       Telephone: (818) 924-3103
                                       Facsimile: (818) 924-3079

                                                  The Law Office of Robert L. Starr, P.C.
                                                  Robert L. Starr
                                                  Robert@Starrlaw.com
                                                  23277 Ventura Blvd.
                                                  Woodland Hills, California 91364
                                                  Telephone: (818) 225-9040
                                                  Facsimile: (818) 225-9042

                                                  Attorneys for Ed Chan, Brendan J.
                                                  Kavanaugh, Roy Jones, and Alyce
                                                  Rubinfeld and on behalf of the class

Dated: July 25, 2017
Motion Return Date: October 6, 2017