UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

NEWARK

Date: October 6, 2017

JUDGE: HON. CLAIRE C. CECCHI

COURT REPORTER: JACKIE KASHMER

DEPUTY CLERK:  JACQUIE LAMBIASE

Docket No. 15-cv-2106 (CCC)

Title of Case:    SHEINBERG v. SOREENSEN, et als.

Appearances:  Stephen M. Harris, Esq.
Ryan H. Wu, Esq.
Cody R. Padgett, Esq. (Telephonically)
R. Bruce Mc New, Esq. (Telephonically)
Matthew A. Goldberg, Esq.
Justin E. Kerner, Esq.

**NATURE OF PROCEEDINGS**: Final Approval Hearing

Hearing on [45] Motion for Settlement Approval (Final Approval) of the Class Action Settlement.

Decision read into the record.

Time Commenced: 10:00 a.m.               Time Adjourned: 1:30 p.m.

cc: chambers

*Jacquie Lambiase*
Jacquie Lambiase, Deputy Clerk